UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
REUVEN LAPIN, individually and on    :
behalf of all others similarly       :
situated,                            :    07 Civ. 7829 (DLC)
                                     :
                Plaintiff,           :    ORDER
                                     :
        -v-                          :
                                     :
QIAO XING UNIVERSAL TELEPHONE, INC., :    USDC SDNY
RUI LIN WU, and ALBERT LEUNG,        :    DOCUMENT
                                     :    ELECTRONICALLY FILED
                Defendants.          :    DOC #: _____
                                     :    DATE FILED: 9/13/07
-------------------------------------X

DENISE COTE, District Judge:

   Plaintiff Reuven Lapin filed the above-captioned action on September 5, 2007. This action is related to the following actions: Mally v. Qiao Xing Universal Telephone, Inc., 07 Civ. 7097; Pfeiffer v. Qiao Xing Universal Telephone, Inc., 07 Civ. 7252; Fishman v. Qiao Xing Universal Telephone, Inc., 07 Civ. 7312; and Locke v. Qiao Xing Universal Telephone, Inc., 07 Civ. 7693. The October 8 deadline for filing motions for lead plaintiff in the Mally, Pfeiffer, Fishman, and Locke actions thus applies to the Lapin action as well. By Orders dated August 20 and September 10, a conference was scheduled for **4:00 p.m. on Friday, October 26** to consider any motions for appointment of lead plaintiff and lead counsel and for

consolidation in the <u>Mally</u>, <u>Pfeiffer</u>, <u>Fishman</u>, and <u>Locke</u> actions. It is hereby

ORDERED that the October 26 conference shall also address any motions for appointment as lead plaintiff or lead counsel in <u>Lapin v. Qiao Xing Universal Telephone, Inc.</u>, 07 Civ. 7829, as well as any motions for consolidation of this action with related actions.

IT IS FURTHER ORDERED that counsel for plaintiff Reuven Lapin shall serve a copy of this Order on the defendants.

SO ORDERED:

Dated:   New York, New York
         September 13, 2007

                                  _____
                                             DENISE COTE
                                 United States District Judge