Jack C. Auspitz
Joel C. Haims
Lily M. Fan
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Defendants
Qiao Xing Universal Telephone, Inc.,
Rui Lin Wu, and Albert Leung

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REUVEN LAPIN, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>QIAO XING UNIVERSAL TELEPHONE INC., RUI LIN WU, AND ALBERT LEUNG,<br><br>  Defendants. | No. 07-cv-07829 (DLC) (HBP) |

PLEASE TAKE NOTICE that Morrison & Foerster LLP hereby appears as counsel for

defendants Qiao Xing Universal Telephone, Inc., Rui Lin Wu, and Albert Leung.

Dated: New York, NY
    September 19, 2007    Respectfully submitted,


    By:   /s/ Jack C. Auspitz_____
        Jack C. Auspitz
        Joel C. Haims
        Lily M. Fan
        MORRISON & FOERSTER LLP
        1290 Avenue of the Americas
        New York, NY  10104-0050
        Telephone: 212-468-8000
        Facsimile: 212-468-7900

        *Attorneys for Defendants*
        *Qiao Xing Universal Telephone, Inc.,*
        *Rui Lin Wu, and Albert Leung*