(USES.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REUVEN LAPIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QIAO XING UNIVERSAL TELEPHONE INC., RUI LIN WU, AND ALBERT LEUNG,<br><br>Defendants. | No. 07-cv-07829 (DLC) (HBP)<br><br>ECF CASE |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07
```

STIPULATION AND [PROPOSED] ORDER

   IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that:

   (a) Andrew N. Bernstein is authorized to accept service on behalf of defendants Qiao Xing Universal Telephone Inc. ("Qiao Xing"), and Rui Lin Wu, but not on behalf of Albert Leung, and does accept service of the summons and complaint in this action on behalf of Qiao Xing and Rui Lin Wu pursuant to Rule 4 of the Federal Rules of Civil Procedure without prejudice and without waiver of any defenses they may have, except as to sufficiency of service of process;

   (b) Albert Leung retains all defenses and/or objections to this action or to the jurisdiction or venue of the Court;

   (c) after the court enters an order consolidating this action with any related securities class actions, appointing lead plaintiff and lead plaintiff's counsel, defendants' counsel will confer with the court-appointed lead counsel regarding the schedule for the filing of a consolidated amended complaint, and for the filing of defendants' response to that complaint.

Defendants will not be required to answer or otherwise respond to the complaint filed on September 5, 2007 in this matter.

Dated:   New York, New York
         September 19, 2007

MORRISON & FOERSTER LLP

By: _____
Jack C. Auspitz
Joel C. Haims
Lily M. Fan
1290 Avenue of the Americas
New York, NY 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900

*Attorneys for Defendants*

MURRAY, FRANK & SAILER LLP

By: _____
Marvin L. Frank
275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone:   (212) 682-1818
Facsimile:   (212) 682-1892

*Attorneys for Plaintiff*

SO ORDERED: _____
                      U.S.D.J.
September 21, 2007