**COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

**MEMO ENDORSED**

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com

October 22, 2007

VIA OVERNIGHT DELIVERY

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

RECEIVE
OCT 2 3 2007
CHAMBERS OF
DENISE COTE

Re:    *Mally v. Qiao Xing Universal Telephone, Inc., et al,* 07-cv-07097-DLC
and all related actions  ( 07 Civ. 7252 (DLC), 07 Civ. 7312 (DLC), 07 Civ. 7693 (DLC),

Dear Judge Cote:

07 Civ. 7829 (DLC)

We represent Macomb County Employees' Retirement System ("Macomb County"), who, on October 9, 2007, filed a motion seeking consolidation of the related actions, (duplicate appointment as Lead Plaintiff and approval of selection of Lead Counsel in the above- original) referenced actions. In addition to the motion of Macomb County, four other investors filed motions that day, seeking their appointment as Lead Plaintiff and approval of their respective selection of Lead Counsel. Earlier today, one of those movants filed a notice of withdrawal of his motion.

In accordance with the Local Rules of this Court, responses to the motions are due this Friday, October 26, 2007, and replies are due on November 5, 2007. *See* S.D.N.Y. R. 6.1(b). By Order dated August 20, 2007, the Court set a conference for this Friday, October 26, 2007, at 4:00 p.m. to "consider any motions for appointment of lead plaintiff and lead counsel and for consolidation."

In light of the fact that the motions will not be fully briefed by this Friday, we respectfully request that the Court adjourn the conference until after November 5, 2007, by which time the motion will have been fully briefed. This is the first request for such an adjournment.

*Denied. The conference will
proceed as scheduled. Counsel
will have an opportunity
to be heard on pending
motions.   Denise Cote
            October 23, 2007*

58 South Service Road, Suite 200 · Melville, New York 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com

202 · 115



**COUGHLIN
STOIA
GELLER
RUDMAN
ROBBINS** LLP

Honorable Denise L. Cote
October 22, 2007
Page 2

Counsel for the other movants and counsel for defendants do not oppose this request.

Respectfully submitted,

David A. Rosenfeld

DAR:dc

cc:     Jack C. Auspitz, Esq. (Counsel for Defendants)
        Frederic S. Fox, Esq. (Counsel for Movants Mally and Tracy)
        Joel B. Strauss, Esq.(Counsel for Movants Mally and Tracy)
        Brian P. Murray, Esq. (Counsel for Movant Pelo a.s.)
        Marc I. Gross, Esq. (Counsel for Movant Balaban)
        Jeremy A. Lieberman, Esq. (Counsel for Movant Balaban)
        Patrick V. Dahlstrom, Esq. (Counsel for Movant Balaban)