USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

IN RE QIAO XING SECURITIES LITIATION

This Document Relates to:

ALL ACTIONS

------------------------------------------------X

MASTER FILE
07 Civ. 7097
(DLC)(HBP)

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

SO ORDERED:

Dated:    New York, New York
          November 19, 2007

_____
DENISE COTE
United States District Judge